AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court
## for the DISTRICT OF Columbia

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

FILED
AUG 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 07-170

I, __LaKeal Ellis__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/3/07__ prosecution by indictment and consent that the
Date

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __Alan Kay__
Judicial Officer