UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**LAKEAL O. ELLIS,**<br><br>Defendant. | **Crim. Action No.   07cr170** |

## ORDER

This case comes before the Court upon the receipt of a Report and Recommendation dated August 6, 2007, from Magistrate Judge Alan Kay. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 20th day of August, 2007, hereby

**ORDERED** that the Report and Recommendation is ADOPTED; and it is

**FURTHER ORDERED**, that a Status Hearing shall be held on September 10, 2007, at 9:30 a.m. before Judge Colleen Kollar-Kotelly in Courtroom 28A.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge