UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Case No.    1:07-cr-170 |
|  | ) | |
| LAKEAL O. ELLIS | ) | |
|  | ) | |
| Defendant, | ) | |
|  | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
CONTINUANCE OF STATUS HEARING

Defendant Lakeal O. Ellis, by and through her attorney, hereby requests a short continuance of the status conference currently set for September 10, 2007, at 10 a.m., before this Court. In support of her motion, defendant Ellis states as follows:

1. Defendant Ellis is currently employed as a medical assistant at National Orthopedics at the Washington Hospital Center. She works from 7:30 am to 5 pm on Mondays through Fridays. She was hired for that position approximately three weeks ago and is currently a probationary employee for a 90-day period. She has been unable to schedule leave for Monday, September 10, 2007 because three physicians will be performing medical procedures on that day. If she is required to appear for the status hearing on that day, she may lose her job.

\\\DC - 027089/000001 - 2601392 v1

2. Defendant Ellis requests that this hearing be continued to September 28, 2007, at 11 a.m. if that date and time is convenient for the Court. She will have sufficient time to put in for leave for that date and time if the Court continues the status hearing.

3. I have contacted the attorney for the United States, Geoffrey Carter, and he has no opposition to the motion and is available on the proposed date and time.

DATED: This 6th day of September, 2007.

Respectfully submitted,

_____
Peter S. Spivack, Esq., D.C. Bar #453731
Hogan & Hartson, LLP
555 13th Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5631
Fax: (202) 637-5910
E-mail: PSSpivack@hhlaw.com

### ORDER

For good cause shown, it is hereby **ORDERED** that the Status Conference before the Honorable Colleen Kollar-Kotelly in this case shall be continued to September 28, 2007 at 11 a.m. in Court 28A.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge

\\\DC - 027089/000001 - 2601392 v1