UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.   1:07-cr-170 |
| LAKEAL O. ELLIS | ) |
| Defendant, | ) |

[PROPOSED] ORDER
RE: CONTINUANCE OF STATUS CONFERENCE

For good cause shown, it is hereby **ORDERED** that the Status Conference before the Honorable Colleen Kollar-Kotelly in this case shall be continued to September 28, 2007 at 11 a.m. in Courtroom 28A.

Dated:  This __ day of September, 2007.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge

\\\DC - 027089/000001 - 2601392 v1