UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.     1:07-cr-170 |
| LAKEAL O. ELLIS | ) ) ) | |
| Defendant, | ) ) ) | |

NOTICE OF [PROPOSED] ORDER
RE: CONTINUANCE OF STATUS CONFERENCE

Please take notice that Defendant Lakeal O. Ellis, by and through her attorney, hereby files a notice of proposed order and proposed order re: continuance of status conference.

Dated: This 7th day of September, 2007.

Respectfully submitted,

*/s/ Peter P. Spivack*

Peter S. Spivack, Esq., D.C. Bar #453731
Hogan & Hartson, LLP
555 13th Street, N.W.
Washington, D.C. 20004

\\\DC - 027089/000001 - 2601392 v1

                                              Tel: (202) 637-5631  
                                              Fax: (202) 637-5910  
                                              E-mail: PSSpivack@hhlaw.com

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.   1:07-cr-170 |
| LAKEAL O. ELLIS | ) | |
| Defendant, | ) | |

[PROPOSED] ORDER
RE: CONTINUANCE OF STATUS CONFERENCE

For good cause shown, it is hereby **ORDERED** that the Status Conference before the Honorable Colleen Kollar-Kotelly in this case shall be continued to September 28, 2007 at 11 a.m. in Courtroom 28A.

Dated:  This __ day of September, 2007.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge