UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

SEP - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   1:07-cr-170 |
| ) | |
| LAKEAL O. ELLIS ) | |
| ) | |
| Defendant, ) | |

ORDER
RE: CONTINUANCE OF STATUS CONFERENCE

For good cause shown, it is hereby **ORDERED** that the Status Conference before the Honorable Colleen Kollar-Kotelly in this case shall be continued to September 28, 2007 at 11 a.m. in Courtroom 28A.

Dated: This 7th day of September, 2007.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge

\\\DC - 027089/000001 - 2601392 v1