CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, D.C. 20001

January 2, 2008

**UNITED STATES OF AMERICA**

v.                                                                              Criminal No. **07-170**

**LAKEAL O. ELLIS**

<u>**CRIMINAL NOTICE**</u>

Please be advised that time for the Status Hearing set for Friday, January 4, 2008, has been changed from 4:00 p.m. to 9:00 a.m. as stated below:

| | |
|---|---|
| CASE SET FOR: | **STATUS HEARING** |
| DATE: | **FRIDAY, JANUARY 4, 2008** |
| TIME: | **9:00 A.M.** |
| JUDGE: | **COLLEEN KOLLAR-KOTELLY** |
| COURTROOM: | **NO. 28A** |

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/_____
Dorothy Patterson, Deputy Clerk

cc: Chambers
    File
    Courtroom Clerk
    Peter Spivak, Esq.
    Geoffrey Carter, AUSA
    U.S. Probation Office
    Pretrial Services

