UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**          ) | |
| )                            | |
| v.                         ) | CR 07-0170 (CKK) |
| )                            | |
| **LAKEAL O. ELLIS**         ) | |
| )                            | |
| <u>       **Defendant.**       </u> ) | |

**NOTICE OF APPEARANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Thomas E. Zeno will serve as counsel of record on behalf of the United States in the above-captioned case.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney


        /s/ *Thomas E. Zeno*
        Thomas E. Zeno
        Assistant United States Attorney
        555 4th Street, NW
        Washington, D.C. 20001
        D.C. BAR NO. 348623
        202-514-6957
        Thomas.Zeno@usdoj.gov