# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| v. | ) CR 07-00170 (CKK) |
| | ) |
| **LAKEAL O. ELLIS** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF WITHDRAWAL AS COUNSEL

The United States, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby informs the Court that Assistant United States Attorney Geoffrey Carter is leaving the United States Attorney's Office for other employment, and thus is withdrawing as counsel for the United States in this case. Assistant United States Attorney Thomas Zeno will continue to serve in this case as counsel of record on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

  /s/ Geoffrey Carter
GEOFFREY CARTER (D.C. Bar No. 460-971)
THOMAS ZENO (D.C. Bar No. 348-623)
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
Fraud & Public Corruption Section
555 Fourth Street, N.W., Fifth Floor
Washington, D.C. 20530
(202) 353-2457 (phone)
(202) 307-2304 (facsimile)
geoffrey.carter2@usdoj.gov
thomas.zeno@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 17th day of March, 2008, a copy of the foregoing pleading was served via the United States District Court's Electronic Case Filing program to counsel for Defendant, Peter S. Spivack, Esq., Hogan & Hartson, L.L.P., Columbia Square, 555 13th St., NW, Washington, DC 20004-1161.

                                                  /s/ Geoffrey Carter
                                      ASSISTANT UNITED STATES ATTORNEY