UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
Plaintiff :
:
vs. : CRIMINAL NO. 07-170
: Judge Colleen Kollar-Kotelly
:
LAKEAL O. ELLIS : **FILED**
:
Defendant : MAR 1 8 2008

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The probation office shall file its Presentence Report by no later than MAY 30, 2008;

The Government shall file its Memorandum in Aid of Sentencing by no later than JULY 25, 2008;

The Defendant shall file its Memorandum in Aid of Sentencing by no later than AUGUST 15, 2008, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on SEPTEMBER 12, 2008 AT 9:00 A.M.

IT IS SO ORDERED,

Date: March 18, 2008

Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers        Thomas Zeno, AUSA
      Files           Peter Spivack, Esquire
      Probation       Pretrial