**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA          :

           **v.**          :          **CRIMINAL NO.  07-170-01 (CKK)**

LAKEAL A. ELLIS          :

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

      The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully presents this memorandum in aid of sentencing.

      The PreSentence Report accurately describes defendant Ellis' conduct in the instant offense.  Defendant Ellis submitted false claim forms to various health care benefit programs, including Medicaid, in an amount totaling at least $1,085,000.  Although coconspirator McLaren was the leader of the scheme, defendant Ellis was a willing participant.  In her position as the office manger, defendant Ellis intentionally transferred the false codes circled by McLaren from "superbills" onto claim forms.  Defendant Ellis then submitted those claim forms for payment knowing that the claimed procedures had not been performed.  Moreover, approximately one and a half years after being fired from the office, the defendant returned there to resume false billing again.  Defendant Ellis received approximately $230,000 for her conduct that spanned several years.

On the other hand, the defendant deserves a reduction in her sentence because she has

pleaded guilty and has provided substantial assistance to the government.

Respectfully submitted,


JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No.  498610


/s/ *Thomas E. Zeno*

_____
THOMAS E. ZENO
 D.C. Bar. No. 348623
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-6957
Thomas.Zeno@usdoj.gov