UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

_____
                                                    )
UNITED STATES OF AMERICA,          )
                                                    )
                              Plaintiff,           )
                                                    )
                              v.                     )        Case No.        1:07-cr-170
                                                    )
LAKEAL O. ELLIS                          )
                                                    )
                              Defendant,          )
                                                    )
_____          )

DEFENDANT'S UNOPPOSED MOTION FOR
CONTINUANCE OF SENTENCING HEARING


         Defendant Lakeal O. Ellis, by and through her attorney, hereby requests a

continuance of the sentencing hearing currently set for September 12, 2008, at 9

a.m., before this Court.  In support of her motion, defendant Ellis states as follows:

         1.         One of defendant Ellis's daughters was recently attacked and

assaulted.  Defendant Ellis, who is a single parent, needs to ensure that her

daughter receives appropriate medical care and counseling in order to deal as best

as possible with this traumatic event.

         2.         Defendant Ellis requests that this hearing be continued to October 20,

2008, at 9 a.m. if that date and time is convenient for the Court.

3.     I have contacted the attorney for the United States, Thomas Zeno, and

he has no opposition to the motion and is available on the proposed date and time.

DATED:  This 25th day of August, 2008.

Respectfully submitted,

_____

Peter S. Spivack, Esq., D.C. Bar #453731
Hogan & Hartson, LLP
555 13th Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5631
Fax: (202) 637-5910
E-mail:  PSSpivack@hhlaw.com

- 2 -