UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.   1:07-cr-170 |
| LAKEAL O. ELLIS | ) | |
| Defendant, | ) | |

[PROPOSED] ORDER
RE: CONTINUANCE OF SENTENCING HEARING

For good cause shown, it is hereby **ORDERED** that the sentencing hearing before the Honorable Colleen Kollar-Kotelly in this case shall be continued to October 20, 2008 at 9 a.m. in Courtroom 28A.

Dated:  This __ day of August, 2008.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge

\\\DC - 027089/000001 - 2601764 v1